MARCH 5, 1952

**No. 56460.**—Mussman & Shafer, Inc. *v.* United States, protest 148348–K.—

It is Further Ordered, Adjudged, and Decreed: That the quantity and value of the plywood contained in railroad cars SAL 15433, SAL 28616, SOU 12843, PA 95587, NYC 135149, and ATSF 147133 are identified as follows:

| Car | Total bundles | Total panels | Total footage | Total price |
|---|---|---|---|---|
| SAL 15433 | 100 | 2, 202 | 51, 893 | $4, 317. 36 |
| NYC 135149 | 49 | 1, 357 | 30, 543 | 2, 158. 03 |
| SOU 12843 | 114 | 2, 776 | 62, 859 | 4, 813. 15 |
| PA 95587 | 102 | 2, 679 | 59, 968 | 4, 346. 74 |
| ATSF 147133 | 109 | 3, 054 | 72, 709 | 5, 039. 16 |
| SAL 28616 | 79 | 1, 581 | 37, 474 | 3, 326. 37 |

**No. 56461.**—R. J. Saunders & Co., Inc. *v.* United States, protest 162029–K.—

—C. D. 1386. Motion of Government for rehearing denied.

BEFORE THE FIRST DIVISION, MARCH 11, 1952

**No. 56462.**—Ruben Bead Importing Co. *v.* United States, protests 72430–K, etc. (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020). The claim at 35 percent under paragraph 1503 was therefore sustained.